# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00268-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  ALAZON LEROUX,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on March 24, 2016 (Docket No. 371). A Change of Plea Hearing is set for **April 15, 2016,** at **9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motion hearing scheduled for **April 4, 2016**, the trial preparation conference scheduled for **April 22, 2016,** and the **four-day** jury trial scheduled for **May 9, 2016,** are VACATED.

DATED this 25th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge